No. A–486. Hurst *v.* United States. C. A. 6th Cir. Application for bail, presented to Mr. Justice Marshall, and by him referred to the Court, denied.

No. D–89. In re Disbarment of Avgerin. It having been reported to the Court by Peter Victor Pappas, of Chicago, Ill., that Constantine N. Avgerin died February 19, 1977, the rule to show cause heretofore issued on November 15, 1976 [429 U. S. 955], is hereby discharged.

No. D–104. In re Disbarment of Murray. It is ordered that Richard C. Murray, of Lutherville, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 75–1069. Richmond Unified School District et al. *v.* Berg. C. A. 9th Cir. [Certiorari granted, 429 U. S. 1071.] Motion of National Education Assn. for leave to file a brief as *amicus curiae* granted.

No. 75–1157. Town of Lockport, New York, et al. *v.* Citizens for Community Action at the Local Level, Inc., et al., 430 U. S. 259. Motion of appellees Citizens for Community Action at the Local Level, Inc., et al. for recall of judgment and clarification of remand denied.

No. 76–539. Dayton Board of Education et al. *v.* Brinkman et al. C. A. 6th Cir. [Certiorari granted, 429 U. S. 1060.] Motion of the United States for leave to file a brief as *amicus curiae* granted.

No. 76–793. Ehrlichman *v.* United States; and
No. 76–1081. Mitchell et al. *v.* United States. C. A. D. C. Cir. Motion of petitioners for leave to file supplemental memorandum denied. Mr. Justice Rehnquist took no part in the consideration or decision of this motion.